# Order

Michigan Supreme Court
Lansing, Michigan

November 26, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147955 (30)

RANDY BERKSHIRE,

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

SC: 147955
CoA: 314467

_____

On order of the Chief Justice, plaintiff's motion for reconsideration of the order of November 5, 2013 is denied because it does not appear that it was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2013



jam

Clerk